# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00884-CV

### S. A., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY
### NO. 2018143, THE HONORABLE ROBERT R. HOFMANN, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant S. A. filed his notice of appeal on November 27, 2019. The appellate record was complete December 11, 2019, making appellant's brief due December 31, 2019. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Charla Edwards to file appellant's brief no later than January 21, 2019. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on January 6, 2020.

Before Justices Goodwin, Kelly, and Smith